UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MASHAY HENDERSON,

Plaintiff,

v.

SACRAMENTO POLICE
DEPARTMENT,

Defendant.

No.  2:26-cv-0945 TLN AC PS

ORDER

Plaintiff is proceeding in this case in pro se.  On March 17, 2026, defendant removed this case from state court, noting that plaintiff's Third Amended Complaint, which was filed on February 12, 2026, raised a federal cause of action.  ECF No. 1 at 1.  Defendant noted that it had not filed any answer or response to the operative complaint.  Id.  No action has been taken in this case since removal.

Federal Rule of Civil Procedure 81(c)(2) states that a "defendant who did not answer before removal must answer or present other defenses or objections under these rules within the longest of these periods: (A) 21 days after receiving--through service or otherwise--a copy of the initial pleading stating the claim for relief; (B) 21 days after being served with the summons for an initial pleading on file at the time of service; or (C) 7 days after the notice of removal is filed." Defendant removed this case more than 35 days ago but has not filed an answer or otherwise

1

responded to the operative Third Amended Complaint.

Good cause appearing, IT IS HEREBY ORDERED that defendant shall show cause, in writing, within 14 days, why the failure to file an answer or other response to the Third Amended Complaint should not result in monetary sanctions.  The filing of appropriate documents within this timeframe will serve as cause and will discharge this order.  If defendant fails to respond, the court will issue sanctions pursuant to Local Civil Rule 110.

IT IS SO ORDERED.

DATED: April 22, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE