UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MASHAY HENDERSON,

Plaintiff,

v.

SACRAMENTO POLICE DEPARTMENT,

Defendant.

No.  2:26-cv-0945 TLN AC

ORDER

This case was removed from State Court on March 17, 2026.  ECF No. 1.  All pre-trial proceedings are referred to the undersigned by Local Rule 302(c)(21).  Good cause appearing, IT IS HEREBY ORDERED as follows:

1. A Status (Pretrial Scheduling) Conference is set for August 19, 2026 at 10:00 a.m. before Magistrate Judge Allison Claire in Courtroom 26.  All parties shall appear by counsel or in person if acting without counsel.

2. Not later than fourteen (14) days prior to the Status Conference, the parties shall file status reports addressing the following matters:

   a.  Service of process;

   b.  Possible joinder of additional parties;

   c.  Any expected or desired amendment of the pleadings;

1

d.  Jurisdiction and venue;

e.  Anticipated motions and their scheduling;

f.  The report required by Federal Rule of Civil Procedure 26 outlining the proposed discovery plan and its scheduling, including disclosure of expert witnesses;

g.  Future proceedings, including setting appropriate cut−off dates for discovery and law and motion, and the scheduling of a pretrial conference and trial;

h.  Special procedures, if any;

i.  Estimated trial time;

j.  Modification of standard pretrial procedures specified by the rules due to the simplicity or complexity of the proceedings;

k.  Whether the case is related to any other cases, including bankruptcy;

l.  Whether a settlement conference should be scheduled;

m.  Any other matters that may add to the just and expeditious disposition of this matter.

IT IS SO ORDERED.

DATED: May 26, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2